```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-01568-HWV
Wesley Craig Halbert                                                    Chapter 13
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1            User: JGoodling            Page 1 of 1            Date Rcvd: Sep 12, 2017
                              Form ID: ntcltrdb       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
4918963      +SPRINGETTSBURY TOWNSHIP,   c/o Charles Rausch, Esquire,   17 East Market Street,
             York, PA 17401-1205
4918962      +SPRINGETTSBURY TOWNSHIP,   1501 MT. ZION ROAD,   YORK, PA 17402-9085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Tony Santo Sangiamo   on behalf of Debtor Wesley Craig Halbert tsanlaw@gmail.com,
           kathyslaw88@gmail.com;nicoleroserobinson@gmail.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                     TOTAL: 4

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Wesley Craig Halbert<br>Debtor(s) | Chapter 13<br>Case No. 1:17–bk–01568–HWV |

**Notice**

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#12) has been filed by the Debtor on behalf of Springettsbury Township in the amount of $427.78.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 12, 2017 |