# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Wesley Craig Halbert

:
:
:
:
:
:

**Debtor(s)**                    :

:
:
:
:
:
:

**Plaintiff(s)/Movant(s)**       :
**vs.**                          :

:
:
:
:
:

**Defendant(s)/Respondent(s)**   :

**CHAPTER** ___13___

**CASE NO.** _1_ - _17_ -bk- _01568-HWV_

**ADVERSARY NO.** __-__ ap-_____
**(if applicable)**

**Nature of Proceeding:** _____

Motion to Dismiss

**Document #:** _48_

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtor needs to file Amended Schedule I and J as he has obtained employment and his relationship with his tenant/business partner has changed. The Chapter 13 Trustee needs to evaluate Plan feasability in light of the Amended Schedules Debtor will file and in light of paystubs Debtor has submitted.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _____1/16/2018_____          _/s/Tony Sangiamo, Esquire_

                                    Attorney for _Debtor_

                                    Name: _Tony Sangiamo, Esquire_

                                    Phone Number: _717-718-1480_

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.