```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 17-01568-HWV
Wesley Craig Halbert                                             Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis              Page 1 of 1          Date Rcvd: Sep 27, 2018
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db             +Wesley Craig Halbert,   2197 Fineview Road,   York, PA 17406-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Wesley Craig Halbert tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Wesley Craig Halbert :
: CASE NO. 1:17-bk-01568-HWV
:
Debtor : CHAPTER 13

ORDER APPROVING PAYMENT OF COUNSEL FEES
TO TONY SANGIAMO, ESQUIRE
AS A CHAPTER 13 ADMINISTRATIVE EXPENSE

Upon consideration of a review of the application filed by Tony Sangiamo, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the Twenty-one (21) day notice period, it is hereby

ORDERED that counsel fees for the period of time beginning April 17, 2017 through August 14, 2018, in the amount of $5,460.40 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from April 17, 2017 through August 14, 2018 in the amount of $39.60 for a total award of $5,500.00, are hereby approved for services rendered and expenses incurred by Tony Sangiamo, Esquire as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $500.00 from Debtor, already tendered, and $0 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay the sum of $5,000.00 to counsel for the Debtor through the Plan.

Dated: September 27, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)