**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **Wesley Craig Halbert,** | : | |
| | : | CASE NO. **1:17-bk-01568-HWV** |
| Debtor | : | |
| | : | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that I this date served the within Motion to Modify Wage Attachment Order on the

employer in question by depositing a true and correct copy of the same in the United States Mail at

York, Pennsylvania, postage prepaid, certified mail, addressed as follows:

**FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017**

Dated: June 21, 2019

Signed:

/s/Tony Sangiamo, Esq.
Tony Sangiamo, Esq.
Attorney for Debtor(s)
1701 West Market Street
P.O. Box 1324
York, PA 17405
Phone: 717 718-1480
Fax: 717 326-1515
SUP CT ID# 44124
tsanlaw@gmail.com