```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                        Case No. 17-01568-HWV
Wesley Craig Halbert                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson              Page 1 of 1              Date Rcvd: Jul 15, 2019
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Wesley Craig Halbert,   2197 Fineview Road,   York, PA 17406-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Wesley Craig Halbert tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
**Wesley Craig Halbert,** : Case No. **1:17-bk-01568-HWV**
                Debtor :
                 : Chapter 13

Upon consideration of Debtor's Amended Motion to Modify Chapter 13 Plan, the record herein, and any response thereto, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania, hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the Debtors' Chapter 13 Plan is modified in accordance with the Third Amended Chapter 13 Plan filed on June 18, 2018, as an Exhibit to Debtor's Motion to Modify Plan, which Motion was filed the same date and docketed to Document No. 82.

Dated: July 15, 2019
                                                By the Court,

                                                _Henry W. Van Eck_
                                                Henry W. Van Eck, Bankruptcy Judge (LS)