# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WESLEY CRAIG HALBERT      CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-01568-HWV

WESLEY CRAIG HALBERT

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on January 8, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 8, 2020, the Debtor(s) is/are $6227.90 in arrears with a plan payment having last been made on Dec 31, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 8, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WESLEY CRAIG HALBERT     CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-01568-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 8, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

TONY SANGIAMO, ESQUIRE     SERVED ELECTRONICALLY
1701 WEST MARKET STREET
P.O. BOX 1324
YORK, PA 17405-

WESLEY CRAIG HALBERT     SERVED BY 1ST CLASS MAIL
2197 FINEVIEW ROAD
YORK, PA 17406

United States Trustee
228 Walnut Street
Suite 1190     SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com