In re:  Case No. 17-01568-HWV  
Wesley Craig Halbert  Chapter 13  
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2    Date Rcvd: Jan 17, 2020  
                Form ID: pdf010    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.

```
db          +Wesley Craig Halbert,    2197 Fineview Road,    York, PA 17406-2436
4918956     +CABELAS WFB,    4800 NW 1ST ST # 300,    LINCOLN, NE 68521-4463
4918957      DISCOVER BANK,    12 READ AVENUE,    WILMINGTON, DE 19804-2034
4910021      Discover Bank,    Wilmington, DE 19850-5316
4910023      M & T Bank,    Millsboro, DE 19966-9408
4910022     +M & T Bank,    c/o KML Law Group,    701 Market Street  Ste. 5000,    Philadelphia, PA 19106-1541
4918958    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
             (address filed with court:  M & T BANK,    28529 DUPONT BLVD,    MILLSBORO, DE 19966-9408)
4925958     +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
4918960      SEARS/CBNA,    P.O. BOX 9001055,    LOUISVILLE, KY 40290-1055
4918961    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court:  SNAP-ON CREDIT,    950 TECHNOLOGY WAY #301,    LIBERTYVILLE, IL 60048)
4918963     +SPRINGETTSBURY TOWNSHIP,    c/o Charles Rausch, Esquire,    17 East Market Street,
              York, PA 17401-1205
4918962     +SPRINGETTSBURY TOWNSHIP,    1501 MT. ZION ROAD,    YORK, PA 17402-9085
4956888     +WebCollex LLC,    c/o JD Receivables LLC,    PO Box 382656,    Germantown, TN 38183-2656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4955905     +E-mail/Text: bankruptcy@cavps.com Jan 17 2020 19:16:13     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4914001      E-mail/Text: mrdiscen@discover.com Jan 17 2020 19:15:51     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4929277      E-mail/Text: camanagement@mtb.com Jan 17 2020 19:15:56     M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
4955825     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2020 19:16:05     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
4910691     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 19:20:10
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4918964     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 19:20:34     SYNCB/HH GREGG,    PO BOX 105972,
              ATLANTA, GA 30348-5972
4918965     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 19:20:08     SYNCB/LOWES,    PO BOX 105972,
              ATLANTA, GA 30348-5972
4918966      E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 19:20:09     SYNCB/WOLF FURNITURE,
              PO BOX 105972,    ATLANTA, GA 30348-5972
4937813     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 19:20:40     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4955906*    +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4918959*   ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
             (address filed with court:  M&T BANK,    28529 DUPONT BLVD,    MILLSBORO, DE 19966-0900)
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: AutoDocke            Page 2 of 2                  Date Rcvd: Jan 17, 2020
                               Form ID: pdf010            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Tony Santo Sangiamo   on behalf of Debtor 1 Wesley Craig Halbert tsanlaw@gmail.com,
           kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                                 TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| WESLEY CRAIG HALBERT | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 1-17-bk-01568-HWV |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.               Movant(s)

WESLEY CRAIG HALBERT

               Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated:  January 17, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)

Order Dismissing Case with Parties - Revised 9/17