IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Wesley Craig Halbert, | : | Case No. 1-17-bk-01568-HWV |
| Debtor | : | Chapter 13 |

CERTIFICATE OF SERVICE

I hereby certify that I this date served the within ORDER GRANTING MOTION TO TERMINATE WAGE ATTACHMENT on the employer in question by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, addressed as follows:

**FedEx Ground Pkg System Inc**
**Payroll Services**
**30 FedEx Pkwy, 2nd Fl Horiz**
**Collierville, TN 38017**

Dated: January 23, 2020    Signed:

/s/Tony Sangiamo, Esq.
Tony Sangiamo, Esq.
Attorney for Debtor(s)
1701 West Market Street
P.O. Box 1324
York, PA 17405
Phone: 717 718-1480
Fax: 717 326-1515
SUP CT ID# 44124
tsanlaw@gmail.com