United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                        Case No. 17-01568-HWV
Wesley Craig Halbert                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jan 23, 2020
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
                +FedEx Ground Pkg System Inc,    Payroll Services,    30 FedEx Pkwy 2nd Fl Horiz,
                 Collierville, TN 38017-8711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Tony Santo Sangiamo    on behalf of Debtor 1 Wesley Craig Halbert tsanlaw@gmail.com,
         kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Wesley Craig Halbert,         :    Case No. 1-17-bk-01568-HWV
              Debtor    :    Chapter 13

# ORDER OF COURT
# GRANTING MOTION TO
# TERMINATE WAGE ATTACHMENT

AND NOW, upon consideration of Debtor's Motion to Terminate Wage

Attachment, any opposition thereto, and there record herein, it is by the United States

Bankruptcy Court for the Middle District of Pennsylvania hereby:

ORDERED that the attachment of Debtor's wages received from FedEx Ground

Pkg System Inc. to Pay the Trustee for the monthly Chapter 13 Plan payments shall be

and is hereby TERMINATED.

Dated: January 22, 2020        By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)