IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Wesley Craig Halbert :
: CASE NO. 1:17-bk-01568-HWV
:
Debtor : CHAPTER 13

ORDER APPROVING PAYMENT OF COUNSEL FEES
TO TONY SANGIAMO, ESQUIRE
AS A CHAPTER 13 ADMINISTRATIVE EXPENSE

Upon consideration of a review of the application filed by Tony Sangiamo, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the Twenty-one (21) day notice period, it is hereby

ORDERED that counsel fees for the period of time beginning June 7, 2019 through January 22, 2020, in the amount of $935.00 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from September 30, 2018 through December 31, 2019 in the amount of $16.70 for a total award of $951.70, are hereby approved for services rendered and expenses incurred by Tony Sangiamo, Esquire as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $500.00 from Debtor, already tendered, and $5,000.00 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay what funds are on hand up to the approved amount of $951.70.